**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CARBALLO,<br><br>         Plaintiff,<br><br>   v.<br><br>COMCAST INC.,<br><br>         Defendants. | No. C-13-5572 MMC<br><br>**ORDER RE: JOINT STIPULATION TO CONTINUE AUGUST 7, 2014 SETTLEMENT CONFERENCE; CONTINUING DEADLINE TO CONDUCT SETTLEMENT CONFERENCE** |

      Before the Court is the parties' "Joint Stipulation and [Proposed] Order Continuing August 7, 2014 Settlement Conference," filed July 10, 2014.  Having read and considered the stipulation, the Court rules as follows.

      In the Pretrial Preparation Order, filed April 28, 2014, the Court ordered the parties to attend a settlement conference before Magistrate Judge Nathanael Cousins, with such conference to be conducted in August 2014, his calendar permitting.  Magistrate Judge Cousins subsequently scheduled the settlement conference for August 7, 2014.  By the instant stipulation, the parties now seek to continue the settlement conference to September 4, 2014, or, alternatively, to a date in mid-October 2014.

      To the extent the parties seek an extension of the deadline to conduct the settlement conference, the stipulation is hereby APPROVED, and the deadline to conduct the settlement conference is hereby EXTENDED to October 31, 2014.

To the extent the parties seek an order continuing the settlement conference from August 7, 2014 to September 4, 2014, or to any other date on Magistrate Cousins' calendar, the stipulation is hereby DENIED, without prejudice to the parties' seeking such extension from Magistrate Judge Cousins.

**IT IS SO ORDERED.**

Dated:  July 11, 2014

MAXINE M. CHESNEY
United States District Judge