IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CARBALLO,<br><br>  Plaintiff,<br>  v.<br><br>COMCAST INC.,<br><br>  Defendants. | No. C-13-5572 MMC<br><br>**ORDER GRANTING CWA'S MOTION TO DISMISS; AFFORDING PLAINTIFF LEAVE TO AMEND** |

Before the Court is defendant Communication Workers of America's ("CWA") Motion to Dismiss, filed August 21, 2014. Plaintiff Nelson Carballo has filed opposition, to which CWA has replied. The matter came on regularly for hearing October 10, 2014. Daniel Ray Bacon appeared on behalf of plaintiff, and Nancy C. Hanna of Weinberg, Roger & Rosenfeld appeared on behalf of CWA.

Having read and considered the parties' respective written submissions and having considered the arguments made at the hearing, the Court, for the reasons stated at the hearing, hereby GRANTS the motion, with leave to amend. Plaintiff's First Amended Complaint shall be filed no later than October 27, 2014.

**IT IS SO ORDERED.**

Dated: October 10, 2014

_____
MAXINE M. CHESNEY
United States District Judge