IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CARBALLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST INC.,<br><br>　　　　Defendants. | No. C-13-5572 MMC<br><br>**ORDER VACATING HEARING ON COMMUNICATION WORKERS OF AMERICA'S MOTION TO DISMISS** |

Before the Court is defendant Communication Workers of America's "Motion to Dismiss Plaintiff's First Amended Complaint," filed November 10, 2014. Plaintiff Nelson Carballo has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for December 19, 2014.

**IT IS SO ORDERED.**

Dated: December 17, 2014

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge