DANIEL RAY BACON, STATE BAR # 103866
Law Offices of Daniel Ray Bacon
234 Van Ness Avenue
San Francisco, CA 94102
Telephone (415) 864-0907
Facsimile: (415) 864-0989

ATTORNEY FOR PLAINTIFF
NELSON CARBALLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NELSON CARBALLO,

     Plaintiff,

  v.

COMCAST INC, doing business as COMCAST
CABLE COMMUNICATIONS MANAGEMENT,
LLC, COMCAST CABLE COMMUNICATIONS
LLC, COMCAST HOLDINGS CORPORATION,
and COMCAST CORPORATION a Pennsylvania
Corporation, COMMUNICATION WORKERS
OF AMERICA, THE AMERICAN
FEDERATION OF LABOR-CONGRESS OF
INDUSTRIAL ORGANIZATIONS, CLC,

     Defendants.

_____

No. 3:13-cv-05572-MMC (NC)

STIPULATED REQUEST FOR ORDER
CHANGING DISCOVERY DEADLINES
AND DECLARATION IN SUPPORT
THEREOF AND ORDER THEREON

**STIPULATION**

Pursuant to Northern District Local Rules 5 and 6-2, Plaintiff Nelson Carballo ("Plaintiff") and Defendants Comcast Cable Communications Management, LLC, erroneously sued as "Comcast, Inc., Comcast Cable Communications LLC, Comcast Holdings Corporation, Comcast Corporation ("Comcast"), and Communication Workers of America (collectively, the "Parties") hereby stipulate and agree, as follows:

**IT IS HEREBY STIPULATED,** the Parties, by and through their undersigned counsel, voluntarily agree to extend the discovery deadlines as follows:

Discovery Cut-Off:                    Extend from May 4, 2015 to **May 18, 2015**

Parties to Name Experts:              Extend from May 26, 2015 to **June 9, 2015**

Parties to Name Rebuttal Experts:     Extend from June 12, 2015 to **June 26, 2015**

Expert Discovery Cut-Off:             Extend from July 3, 2015 to **July 17, 2015**

Dispositive Motion Filing Deadline:   Extend from July 17, 2015 to **July 31, 2015**

**DECLARATION**

The parties agree that an extension of the above deadlines is necessary to sufficiently prepare for trial.  Due to several scheduling conflicts, the parties only recently concluded depositions on April 30, 2015.  As such, transcripts from several depositions have not yet been received by the parties.  These transcripts are imperative to completing discovery and educating each expert on the facts of this case.  Without these deposition transcripts, experts are unlikely to make informed opinions concerning the relevant issues in this case. Similarly, many relevant documents were only recently discovered by Plaintiff and must be reviewed and prepared to sufficiently comply with Comcast's discovery requests. In sum, a two week extension as detailed above would provide the parties a reasonable time frame to sufficiently wind up discovery.

The previous time modifications in the case are as follows:

(1) On December 24, 2013, the parties stipulated and the Court ordered to continue the

1  due date of Comcast's response to Plaintiff's Complaint from December 26, 2013 to January 29,

2  2014. Dkt. No. 4.

3       (2) On July 11, 2014, the parties stipulated and the Court ordered to continue the

4  settlement conference from August 7, 2014 to October 31, 2014. Dkt. No. 31.

5       (3) On September 17, 2014, the parties stipulated and the Court ordered to continue the

6  settlement conference from October 31, 2014 to December 1, 2014.  Dkt. No. 37.

7       The extensions the parties seek in this stipulation will not have any adverse effect on the

8  schedule for the case.

9       Daniel Ray Bacon and Troy Valdez declare under penalty of perjury that the foregoing is

10  true and correct and that this declaration was executed on May 1, 2015.

11       **IT IS SO STIPULATED.**

12

13  Dated: May 1, 2015                    By: /s/ Daniel Ray Bacon, Esq.

14                                        DANIEL RAY BACON, ESQ.
15                                        Counsel for Plaintiff
                                          NELSON CARBALLO
16

17  Dated: May 1, 2015                    By: /s/ Troy A. Valdez, Esq.

18                                        TROY A. VALDEZ, ESQ.
19                                        Counsel for Defendants

20                                        COMCAST INC., COMCAST CABLE
                                          COMMUNICATIONS MANAGEMENT
21                                        LLC, COMCAST CABLE
                                          COMMUNICATIONS LLC, COMCAST
22                                        HOLDINGS CORPORATION and
                                          COMCAST CORPORATION
23

24  Dated: May 1, 2015                    By: /s/ Caren P. Sencer, Esq.

25                                        CAREN P. SENCER, ESQ.
                                          Counsel for Defendant
26                                        COMMUNICATIONS WORKERS OF
                                          AMERICA
27

28

STIPULATION TO EXTEND DISCOVERY DEADLINES   - 3 -

1

2

3

4   **IT IS SO ORDERED** that

5          Discovery Cut-Off:                    Is Extended  from May 4, 2015 to **May 18, 2015**

6          Parties to Name Experts:              Is Extended from May 26, 2015 to **June 9, 2015**

7          Parties to Name Rebuttal Experts:    Is Extended from June 12, 2015 to **June 26, 2015**

8          Expert Discovery Cut-Off:             Is Extended from July 3, 2015 to **July 17, 2015**

9          ~~Dispositive Motion Filing Deadline:~~          ~~Is Extended from July 17, 2015 to~~ **~~July 31, 2015~~**

10

11

12

13   Dated: _____ May 4 , 2015

14                                                      _____

15                                                      MAXINE M. CHESNEY
                                                       Judge of the United States District
16                                                     Court for the Northern District of
                                                       California
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DISCOVERY DEADLINES   - 4 -