IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CARBALLO,<br><br>　　　　Plaintiff,<br>　v.<br><br>COMCAST INC., et al.,<br><br>　　　　Defendants. | No. C-13-5572 MMC<br><br>**SECOND ORDER DIRECTING DEFENDANT COMMUNICATION WORKERS OF AMERICA TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH THE CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

　　　　On May 15, 2015, defendant Communication Workers of America ("CWA") electronically filed a motion for summary judgment and a declaration in support thereof. CWA has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　CWA is hereby ORDERED to comply with the Civil Local Rules of this District and the Court's Standing Orders by immediately submitting a chambers copy of its motion for summary and supporting declaration.

　　　　The Court has previously advised CWA of its failure to comply with the Civil Local Rules of this District and the Court's Standing Orders in connection with earlier-filed documents. (See Order, filed January 7, 2015, 1:26-28.) Such reminder appears to have had little to no effect on compelling compliance therewith.

Parties are expected to comply with court rules without repeated reminders. Accordingly, CWA is hereby advised that the Court will impose sanctions, including, but not limited to, striking from the record any further electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated:  May 26, 2015

MAXINE M. CHESNEY
United States District Judge