IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CARBALLO,<br><br>      Plaintiff,<br>  v.<br><br>COMCAST INC.,<br><br>      Defendants. | No. C-13-5572 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT COMMUNICATION WORKERS OF AMERICA'S MOTION FOR SUMMARY JUDGMENT** |

Before the Court is defendant Communication Workers of America's ("CWA") Motion for Summary Judgment, filed May 15, 2015. Plaintiff Nelson Carballo has filed opposition, to which CWA has replied.[1] Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for June 26, 2015.

**IT IS SO ORDERED.**

Dated: June 24, 2015

                                        MAXINE M. CHESNEY
                                        United States District Judge

---

[1] CWA failed to provide the Court with a chambers copy of its reply. Nonetheless, the Court has considered it. For future reference, CWA is reminded that, pursuant to Civil Local Rule 5-1(e)(7) and the Court's Standing Orders, parties are required to provide for use in chambers one paper copy of each document that is filed electronically.