IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CARBALLO,<br><br>    Plaintiff,<br><br>  v.<br><br>COMCAST INC., et al.,<br><br>    Defendants. | No. C-13-5572 MMC<br><br>**ORDER STRIKING DEFENDANT COMMUNICATION WORKERS OF AMERICA'S JOINDER IN COMCAST, INC.'S MOTION** |

On July 17, 2015, defendant Communication Workers of America ("CWA") electronically filed a "Joinder with Defendant Comcast's Motion for Summary Judgment" and a declaration in support thereof. CWA has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

This is the fourth occasion on which CWA has violated Civil Local Rule 5-1(e)(7) and the Court's Standing Orders. On each of the three prior occasions, said violation was called to CWA's attention (see Order, filed January 7, 2015, at 1:26-28; Order, filed May 26, 2015, at 1:16-21; Order, filed June 24, 2015, at 1:27-28), and CWA was expressly advised that, in the future, if CWA electronically filed a document for which "a chambers

copy ha[d] not been timely provided to the Court," CWA would be subject to sanctions, "including, but not limited to, striking [such filing] from the record" (see Order, filed May 26, 2015, at 2:2-4).

Accordingly, CWA's joinder and supporting declaration are hereby STRICKEN.[1]

**IT IS SO ORDERED.**

Dated:  August 6, 2015

MAXINE M. CHESNEY
United States District Judge

---

[1] Further, as plaintiff points out, CWA's joinder in Comcast, Inc.'s motion for summary judgment is not proper, given the differences in the claims filed against the two defendants.

2