IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CARBALLO,<br><br>    Plaintiff,<br><br>  v.<br><br>COMCAST INC., et al.,<br><br>    Defendants.<br>_____ / | No. C-13-5572 MMC<br><br>**ORDER GRANTING DEFENDANT COMMUNICATION WORKERS OF AMERICA'S REQUEST FOR RECONSIDERATION OF ORDER STRIKING JOINDER IN COMCAST, INC.'S MOTION FOR SUMMARY JUDGMENT; DIRECTIONS TO CWA** |

By order filed August 6, 2015, the Court ordered stricken from the record defendant Communication Workers of America's ("CWA") "Joinder with Defendant Comcast's Motion for Summary Judgment," as a sanction for CWA's fourth violation of Civil Local Rule 5-1(e)(7) and the Court's Standing Orders, which Rule and Orders require a party to provide a timely chambers copy of each e-filed document. Later that same day, CWA, in response thereto, filed a declaration by one of its attorneys, Caren P. Sencer, in which said counsel explains the procedure by which the firm endeavors to have chambers copies delivered by a third party, specifically, First Legal Network ("First Legal"), and, in addition, requests reconsideration of the Court's order striking the Joinder.[1]  Thereafter, on August 7, 2015,

---

[1] Counsel also states that, with respect to two documents comprising one of the three prior violations identified in the Court's order of August 6, 2015, she has been assured by First Legal that chambers copies were delivered. The Court, however, did not receive them.

CWA filed a "Response to the Court's Order to Strike" along with a declaration by First Legal's office manager, Pablo Rios, who states First Legal timely received CWA's Joinder but, for reasons yet to be determined, did not deliver it.

In light of the above, the Court hereby GRANTS the request for reconsideration, SETS ASIDE its order striking CWA's Joinder, and will consider the arguments set forth in the Joinder.[2]

The Court notes, however, that it has yet to receive a chambers copy of either the Joinder, or the declaration filed in support thereof, and CWA is hereby DIRECTED to deliver such copies forthwith.

**IT IS SO ORDERED.**

Dated: August 18, 2015

MAXINE M. CHESNEY
United States District Judge

---

[2] Plaintiff has filed opposition to the Joinder, and CWA has replied thereto. Consequently, the issues addressed in the Joinder have been fully briefed.

2