**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   NELSON CARBALLO,                          No. C-13-5572 MMC

11              Plaintiff,                     **ORDER VACATING HEARING ON**
                                               **DEFENDANT COMCAST, INC.'S**
12        v.                                   **MOTION FOR SUMMARY JUDGMENT**

13   COMCAST INC.,

14              Defendants.
     _____/

15

16        Before the Court is defendant Comcast, Inc.'s ("Comcast") Motion for Summary

17   Judgment or in the Alternative, Summary Adjudication, filed July 17, 2015; plaintiff Nelson

18   Carballo ("Carballo") has filed opposition, to which Comcast has replied.  Also before the

19   Court is Communication Workers of America's ("CWA") Joinder, filed July 17, 2015;

20   Carballo has filed opposition, to which CWA has replied.  Having read and considered the

21   papers filed in support of and in opposition to the motion and the joinder, the Court deems

22   the matters appropriate for determination on the parties' respective written submissions,

23   and VACATES the hearing scheduled for August 21, 2015.

24        **IT IS SO ORDERED.**

25

26   Dated:  August 18, 2015

27                                             MAXINE M. CHESNEY
                                               United States District Judge

28