DANIEL RAY BACON, STATE BAR # 103866
Law Offices of Daniel Ray Bacon
234 Van Ness Avenue
San Francisco, CA 94102
Telephone (415) 864-0907
Facsimile: (415) 864-0989
Email: bacondr@aol.com

ATTORNEY FOR PLAINTIFF
NELSON CARBALLO

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CARBALLO,<br><br>            Plaintiff,<br><br>    v.<br><br>COMCAST INC, doing business as COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST CABLE COMMUNICATIONS LLC, COMCAST HOLDINGS CORPORATION, and COMCAST CORPORATION a Pennsylvania Corporation, COMMUNICATION WORKERS OF AMERICA, THE AMERICAN FEDERATION OF LABOR-CONGRESS OF INDUSTRIAL ORGANIZATIONS, CLC,<br><br>            Defendants.<br>_____ | CASE NO. CV-13-5572-SI MMC<br><br>PLAINTIFF NELSON CARBALLO'S REQUEST PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b) FOR ORDER AND STIPULATION OF ALL PARTIES IN SUPPORT OF REQUEST WITH (PROPOSED) ORDER OF DISMISSAL<br><br>AND ORDER THEREON |

Plaintiff's FRCP 54(B) Request and Stipulation
with (proposed) order of dismissal

Pursuant to Federal Rule of Civil Procedure 54(b) which governs judgment on multiple claims and involves multiple parties, and allows the Court to direct entry of final judgment, Plaintiff Nelson Carballo hereby requests that the Court enter a final judgment in this matter pursuant to the below stipulation of all parties since the Court has granted summary judgment to Defendant Comcast and granted partial summary judgment to Defendant Communication Workers of America which does not end the action:

Plaintiff hereby dismisses with prejudice as to the First Cause of Action only to the extent that the First Cause of Action is based on the theory that CWA breached its duty by not pursuing arbitration of a grievance premised on a violation of the CBA's "Progressive Discipline" clause. Plaintiff does not dismiss the First Cause of Action as to the theory of disability discrimination on which the Court has granted summary judgment.

As this resolves all matters not encompassed within the Court's Orders of September 8, 2015 (Docket Numbers 87 and 88), Plaintiff requests that final judgment be entered in this matter pursuant to Federal Rule of Civil Procedure 54(b).

All parties agree that judgment may be entered in this matter as this stipulation and the Court's Orders of September 8, 2015 resolve the entirety of this matter, except for any appropriately filed cost bill.

Dated: September 14, 2015        LAW OFFICES OF DANIEL RAY BACON

                                 /s/ Daniel Ray Bacon

                                 _____
                                 DANIEL RAY BACON
                                 Attorney for Plaintiff
                                 NELSON CARBALLO

Plaintiff's FRCP 54(B) Request and Stipulation
with (proposed) order of dismissal         - 1 -

| | |
|---|---|
| | VALDEZ TODD & DOYLE |
| Date:  September 15, 2015 | |
| | /s/ Troy Valdez |
| | _____ |
| | TROY VALDEZ |
| | ERIN DOYLE |
| | KAREN JENNINGS EVANS |
| | Attorney for Defendant |
| | COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC |
| | |
| | WEINBERG, ROGER & ROSENFELD |
| Dated: September 14, 2015 | |
| | /s/ David A. Rosenfeld |
| | _____ |
| | DAVID A. ROSENFELD |
| | CAREN P. SENCOR |
| | CAROLINE N. COHEN |
| | Attorneys for Defendant |
| | COMMUNICATION WORKERS OF AMERICA |

**IT IS SO ORDERED:**

Dated: September 16, 2015

_____
JUDGE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

Plaintiff's FRCP 54(B) Request and Stipulation
with (proposed) order of dismissal            - 2 -