IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NELSON CARBALLO,

        Plaintiff,

  v.

COMCAST, INC., doing business as COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC, COMCAST CABLE COMMUNICATIONS LLC, COMCAST HOLDINGS CORPORATION, and COMCAST CORPORATION a Pennsylvania Corporation, COMMUNICATION WORKERS OF AMERICA, THE AMERICAN FEDERATION OF LABOR-CONGRESS OF INDUSTRIAL ORGANIZATIONS, CLC,

        Defendants.

No. CV-13-5572 MMC

**JUDGMENT IN A CIVIL CASE**

### IT IS SO ORDERED AND ADJUDGED

Defendant Comcast, Inc.'s Motion for Summary Judgment is hereby GRANTED.

To the extent the First Cause of Action is based on the theory that Communication Workers of America breached its duty of fair representation by not pursuing arbitration of a grievance premised on the CBA's "No Discrimination" clause, Comcast's motion for summary judgment is hereby GRANTED in favor of Communication Workers of America as well.

Dated: September 16, 2015

Susan Y. Soong, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk